# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN M. HANKINSON,<br><br>Defendant. | PO 22-5021-GF-JTJ<br><br>VIOLATION:<br>E1102525<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**. **IT IS ALSO ORDERED** that the initial appearance scheduled for March 10, 2022 is **VACATED**. **IT IS FURTHER ORDERED** that the Central Violations Bureau refund to the defendant the $100 collateral paid by him on or about February 24, 2022.

DATED this 5th day of April, 2022.

Brian Morris, Chief District Judge
United States District Court